IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZUFFA, LLC d/b/a THE ULTIMATE
FIGHTING CHAMPIIONSHIP (UFC)                      PLAINTIFF

V.                          5:10CV00308 JMM

KENNETH W. DEPRIEST, individually,
and as officer, director, shareholder, and/or
principal of WILD LIFE, INC., d/b/a
WILD LIFE BAR & GRILL; and
WILD LIFE, INC. d/b/a WILD
LIFE BAR & GRILL                                  DEFENDANTS

### ORDER OF DISMISSAL

Pursuant to the Consent Order filed by the parties, the case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE